ZETTLEMOYER v. ELLIS. (Court of Civil Appeals of Texas. Dec. 21, 1910.) Appeal from Menard County Court; J. D. Scruggs, Judge. Action by Samuel Zettlemoyer against J. W. Ellis. From a judgment for defendant, plaintiff appeals. Affirmed. Horace E. Wilson, for appellant. S. C. Rowe, for appellee.

JAMES, C. J. In this case there is but one issue here, viz., as to whether or not plaintiff, who sued originally in the justice's court for

damages in the sum of $12, the value of certain hogs, amended his pleading in that court, setting up a case for damages in a sum exceeding $100. The justice's transcript did not show the amendment. The county judge, upon testimony which warranted the finding, found that no such amendment had been made in the justice's court, and accordingly dismissed the case for want of jurisdiction. The finding being authorized, the judgment is affirmed.